# United States Bankruptcy Court
## District of Colorado

In re    AMZG, Inc.
                                                    Debtor

Case No. _____

Chapter           11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| American Eagle Energy Corp.<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120 | | | 100% ownership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 8, 2015**            Signature  **/s/ Bradley M. Colby**
                                              **Bradley M. Colby**
                                              **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C §§ 152 and 3571.

  0   continuation sheets attached to List of Equity Security Holders